IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JAN PATTERSON                                                                                   PLAINTIFF

v.                                          2:11-CV-00025-BRW

AMANDA SPRINGS                                                                              DEFENDANT

## ORDER

Pending is the parties' Joint Motion to Dismiss (Doc. No. 7). Because they have reached a settlement in this matter, the parties ask that this case be dismissed with prejudice. The Motion is GRANTED; this case is DISMISSED with prejudice. The Court retains jurisdiction to: enforce the terms of the settlement agreement; vacate this order; and reopen this action upon good cause shown that the settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 22nd day of August, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE